CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ociel Yobani Acosta-Contreras**<br>YOB: 1992; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01906MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 8, 2025, at or near Sasabe, in the District of Arizona, **Ociel Yobani Acosta-Contreras**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on January 16, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about April 7, 2025, at or near Sasabe, in District of Arizona, **Ociel Yobani Acosta-Contreras**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Ociel Yobani Acosta-Contreras** is a citizen of Mexico. On January 16, 2018, **Ociel Yobani Acosta-Contreras** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On April 8, 2025, agents found **Ociel Yobani Acosta-Contreras** in the United States at or near Sasabe, Arizona without the proper immigration documents. **Ociel Yobani Acosta-Contreras** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Ociel Yobani Acosta-Contreras** admitted to illegally entering the United States of America from Mexico on or about April 7, 2025, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Eric R. Wood
Border Patrol Agent

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]

1) See Federal rules of Criminal Procedure Rules 3, 4, 4.1 and 54
Reviewing AUSA: Hopkins

DATE
April 9, 2025